AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:23-mj-00213 |
| William Beals | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 8/18/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __William Beals__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.;
18 U.S.C. § 641 - Theft of Government Property;
18 U.S.C. § 1001 - Knowingly Make False Statements Within the Jurisdiction of the Branches of Government.

Date: __08/18/2023__                                G. Michael Harvey
                                        Digitally signed by G. Michael Harvey
                                        Date: 2023.08.18 14:01:49 -04'00'
                                        *Issuing officer's signature*

City and state: __Washington, D.C.__     __G. Michael Harvey, U.S. Magistrate Judge__
                                        *Printed name and title*

### Return

This warrant was received on *(date)* __8/24/23__, and the person was arrested on *(date)* __8/24/23__
at *(city and state)* __Adairsville, GA__.

Date: __8/24/23__

_____
*Arresting officer's signature*

__Joshua Hodge   Special Agent__
*Printed name and title*