IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FREDERICK BEALS, II | CRIMINAL CASE NO.<br>1:23-cr-00369-JMC-1 |

NOTICE OF FILING LEAVE OF ABSENCE

Rebecca Shepard of the Federal Defender Program, Inc. herein files this notice of filing leave of absence.  I respectfully request that the Court not schedule any court appearances for the following dates.  Your consideration is greatly appreciated.

1. June 20, 2024, through and including June 28, 2024
2. July 24, 2024, through and including July 30, 2024
3. September 23, 2024, through and including September 27, 2024
4. November 25, 2024, through and including November 29, 2024

Dated: This 4th day of June, 2024.

        Respectfully Submitted,

        */s/ Rebecca Shepard*
        Rebecca Shepard
        Georgia Bar No. 780692
        Attorney for Mr. Beals

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Filing Leave of Absence has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Cytheria D. Jernigan, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office
>601 D Street, N.W.
>Washington, DC 20004

Dated: This 4th day of June, 2024.

>*/s/ Rebecca Shepard*
>Rebecca Shepard
>Georgia Bar No. 780692
>Attorney for Mr. Beals

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Rebecca_Shepard@fd.org